UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-01688 |
|---|---|---|---|
| SuperSpeed, LLC ||||
| *versus* ||||
| Google Inc. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joseph H. Lee<br>Kasowitz, Benson, Torres & Friedman LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>(650) 453-5170<br>California - 248046<br>Northern District of California |
|---|---|
| Seeks to appear for this party: | Google Inc. |
| Dated: 8/17/2012 | Signed: *[signature]* |

The state bar reports that the applicant's status is: active

Dated: 8/21/12     Clerk's signature: *[signature]*

**Order**

Dated: 8/22/12

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge