Cause Number: H-12-1688

Style: SuperSpeed, LLC v. Google Corp.

Appearances:

| Counsel: | Representing: |
|---|---|
| Max Tribble | SuperSpeed |
| Neal Manne | SuperSpeed |
| Gabriel Gross | Google |
| Doug Lumish | Google |
| Michael Richardson | Google |

Date: September 7, 2012   Reporter: Ed Reed

Law Clerk: Charles Prueter

Time: ____/____ a.m.
3:20 / 3:40 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

(4) Motion to Transfer to a different Court in the Southern District of Texas was DENIED for the reasons stated on the record.

Any additional Motions to Transfer Venue shall be filed within five (5) weeks from today.

A docket control order was ENTERED

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge