IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUPERSPEED, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-01688 |
| | § | |
| GOOGLE, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## PLAINTIFF SUPERSPEED, LLC'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), plaintiff SuperSpeed LLC ("SuperSpeed"), makes these Initial Disclosures. SuperSpeed reserves the right to amend or supplement these disclosures as discovery progresses. SuperSpeed also reserves the right to object to the admissibility of any information disclosed.

### (i) INDIVIDUALS

The individuals listed below may have discoverable information relevant to the parties' claims, counterclaims, and defenses. In particular, they may have information regarding the parties; the design, testing, manufacturing, and sale of SuperSpeed and Google products; the application and prosecution of SuperSpeed's patents; SuperSpeed's allegations and claimed damages; SuperSpeed's organization, business practices, and financial results; and the history and general practices of the industry and market for data caching software products.

1. Eric Dickman
   Managing Partner
   SUPERSPEED, LLC
   Millbrook Park
   327E Boston Post Road
   Sudbury, MA 01776
   978-443-5106, Ext. 125

   Mr. Dickman has knowledge concerning the development, testing and marketing of SuperCache software and of the technologies disclosed in U.S. Patent 5,918,244. Mr. Dickman also has knowledge concerning SuperSpeed's business practices, Google's infringing products, and a reasonable royalty for a license under the patents at issue.

2. Pamela Gleeson
   678 NH Route 123
   Sharon, NH 03458
   (603) 924-4084

   Ms. Gleeson has knowledge concerning SuperSpeed's past sales and marketing practices, SuperSpeed's past customer relations, the development of SuperCache software, and SuperSpeed's past business practices.

3. Ian Percival
   2640 Dark Oak Court
   Oviedo, FL 32766
   (407) 281-2650

   Mr. Percival has knowledge concerning the development and testing of SuperCache software and of the technologies disclosed in U.S. Patent 5,918,244. He also has knowledge concerning the development and testing of the SCS module used in TurboCache.

4. Helen Sicotte
   46 Washington Avenue
   Natick, MS 01760
   978-443-5106 x 110

   Ms. Sicotte has knowledge concerning SuperSpeed's past business and administrative practices. Ms. Sicotte was an EEC (predecessor to SuperSpeed) employee during the development of SuperCache.

5. Neil Sullivan
   SUPERSPEED, LLC
   Millbrook Park
   327E Boston Post Road
   Sudbury, MA 01776
   978-443-5106

   Mr. Sullivan is a Vice President of SuperSpeed. He is knowledgeable about sales of SuperSpeed's products.

6. Agnes Doyle
   SUPERSPEED, LLC
   Millbrook Park
   327E Boston Post Road
   Sudbury, MA 01776
   978-443-5106

   Ms. Doyle is a part-time employee of SuperSpeed. She is knowledgeable about SuperSpeed's accounting systems and financial data.

7. Michael Horniak
   SUPERSPEED, LLC
   Millbrook Park
   327E Boston Post Road
   Sudbury, MA 01776
   978-443-5106

   Mr. Horniak is a Vice President of SuperSpeed. He is knowledgeable about customer support issues for SuperSpeed's current products.

8. Ton Van den Hoven
   The Netherlands

   Mr. Van den Hoven was a distributor of SuperSpeed products in the 1990s. He has knowledge concerning certain customers' use of SuperCache.

9. Peter Smith
   16 Lupin Grove
   Rogerstone
   New Port, Qwent NP10 9LJ, UK
   +44 (1633) 894205

   Mr. Smith has knowledge concerning the flow charts used in the prosecution of various SuperSpeed Patents, including SuperCache. Mr. Smith was also the developer of SuperDisk for VMS. Mr. Smith contributed to the porting of SuperCache from VAX-VMS to Alpha-VMS.

10. Robert Asher
    Bromberg & Sunstein, LLP
    125 Summer Street
    Boston, MA 02110
    617-443-9292, Ext. 224

    Mr. Asher has knowledge concerning the prosecution of various SuperSpeed Patents.

11. Joseph Warrall

    Mr. Worrall has knowledge concerning the development of TurboCache and TurboDisk.

12. Chris Yetman
    2481 Ginny Way
    Lafayette, CO 80026
    (720) 888-2810

    Mr. Yetman has knowledge concerning the testing of SuperCache.

13. Barry Zaltman
    (617) 582-4515

    Mr. Zaltman has knowledge concerning the marketing and sales of various SuperSpeed products.

14. Dorothy Ripaldi
    508-966-2170

    Ms. Ripaldi has knowledge concerning marketing of TurboCache, TurboDisk, SuperCache and SuperDisk.

15. Peter Cholakis
    (781) 821-2440 x117

    Mr. Cholakis has knowledge concerning the field testing of SuperCache at Nemonix Corporation, and the field testing and ultimate sale of SuperCache at the Naval Underwater Systems Center in Newport, RI.

16. Jim Davis
    +44 (0) 1509 501100

    Mr. Davis has knowledge concerning the field testing of SuperCache.

17. Peter Johnson

    Mr. Johnson has knowledge concerning the marketing communications by DEC of SuperCache for the Alpha Processor.

18. Pauline Nist

    Ms. Nist has knowledge concerning the field testing of SuperCache by DEC.

19. Shawn Diehl
    (978) 703-4407

Mr. Diehl has technical knowledge concerning certain of SuperSpeed's products, including SuperCache for Windows Operating Systems.

20. Michael Dempsey
    Boulder, CO

Mr. Dempsey has technical knowledge concerning certain of SuperSpeed's products, including testing of SuperCache at DEC on Alpha based platforms, and the development of SuperDisk for Windows NT (now called SuperCache).

**All SuperSpeed employees should be contacted only through SuperSpeed's counsel.**

SuperSpeed reserves the right to identify additional persons having information bearing significantly on the claims and/or defenses in this litigation when the identity of such persons becomes known and upon entry of an appropriate Protective Order by the Court.  SuperSpeed believes these additional persons will include employees and former employees of defendant Google, customers of Google, and other entities or individuals who have formed business relationships with Google.

### (ii)  DOCUMENTS

The following documents and things may be relevant to the disputed facts in this litigation:

1. U.S. Patent 5,918,244 and materials submitted to the United States Patent and Trademark Office in connection with the applications for this patent;

2. Back-up tapes of source code disks relating to the development of SuperCache;

3. Source code relating to the development of Google Drive and Google Docs;

4. SuperSpeed customer and licensing records;

5. Google website;

6. Manuals relating to Google Docs and Google Drive;

7. Manual relating to SuperCache Version 1.404.

### (iii) DAMAGES CALCULATIONS

SuperSpeed intends to seek a reasonable royalty on all products that infringe its patents. Because this is an exceptional case, SuperSpeed also intends to seek reasonable and necessary attorney's fees. At this time, SuperSpeed does not have sufficient information to estimate damages with precision.

### (iv) INSURANCE

Not applicable.

                Respectfully submitted,

By: */s/Neal S. Manne*
     Neal S. Manne
     State Bar No. 12937980
     nmanne@susmangodfrey.com
     SUSMAN GODFREY L.L.P.
     1000 Louisiana Street, Suite 5100
     Houston, Texas 77002
     Telephone: (713) 651-9366
     Facsimile: (713) 654-6666

Attorney-in-Charge for Plaintiff
SuperSpeed, LLC

Max L. Tribble Jr.
State Bar No. 20213950
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Kathryn P. Hoek
California Bar No. 219247
khoek@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff
SuperSpeed, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Neal S. Manne
Neal S. Manne

2413408v1/013225