KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

333 TWIN DOLPHIN DRIVE, SUITE 200

REDWOOD SHORES, CA 94065

650-453-5170

FAX 650-453-5171

DOUGLAS E. LUMISH
DIRECT DIAL: 650-453-5410
DLUMISH@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEW YORK
NEWARK
SAN FRANCISCO

October 8, 2012

The Honorable Judge Sim Lake
United States District Court
Southern District of Texas
Unites States Courthouse
515 Rusk Avenue, Room 9535
Houston, TX  77002

Re:   *SuperSpeed, LLC v. Google, Inc.* –
       USDC SDTX – Case No. 12-cv-01688

Dear Judge Lake:

During the September 7, 2012 Scheduling Conference, the Court asked counsel for Google whether Google would file a motion to transfer this action to another venue, and the Court set a deadline of October 12, 2012 for any such motion to be filed.   Instead of waiting for the time to elapse, we write to inform the Court and SuperSpeed that Google will not file a transfer motion this week.

Respectfully submitted,

Douglas E Lumish

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon the following counsel via email on the 8th day of October, 2012.

Neal S. Manne
Max L. Tribble Jr.
State Bar No. 20213950
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
nmanne@susmangodfrey.com
mtribble@susmangodfrey.com

Kathryn P. Hoek
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
khoek@susmangodfrey.com

Attorneys for Plaintiff
SuperSpeed Software, LLC

>               */s/ Douglas E. Lumish*
>                   Douglas E. Lumish