| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-01688 |
|---|---|---|---|
| SuperSpeed, LLC ||||
| *versus* ||||
| Google, Inc. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Adam Carlis<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston 77002-5096<br>(713) 651-9366<br>New York #4970554 |
|---|---|
| Seeks to appear for this party: | SuperSpeed, LLC |
| Dated:   10/9/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: . |
|---|
| Dated: | Clerk's signature: |

Order        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States District Judge