IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUPERSPEED, L.L.C., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-1688 |
| GOOGLE, INC., | § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

Because the court has granted Google's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against SuperSpeed, L.L.C.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 5th day of December, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE